UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAN JOHNSON, individually and on behalf of similarly situated individuals,<br><br>    *Plaintiff,*<br>  v.<br><br>PACIFIC LIFE INSURANCE COMPANY,<br><br>    *Defendant.* | Case No. 1:24-cv-01057<br><br>Hon. Steven C. Seeger |

**DEFENDANT PACIFIC LIFE INSURANCE COMPANY'S
RULE 12(b)(6) MOTION TO DISMISS**

Defendant Pacific Life Insurance Company, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby moves to dismiss all claims asserted against it in Plaintiff's First Amended Complaint. In support of its motion, Defendant submits its Memorandum of Law, which is fully incorporated by reference herein.

**WHEREFORE**, Defendant Pacific Life Insurance Company respectfully requests that this Court grant the instant Motion and dismiss all claims asserted against it in the First Amended Complaint, and grant such other and further relief that the Court deems just and proper.

Dated: April 11, 2024          Respectfully submitted,

                By:   */s/ Wendy N. Enerson*
                    Wendy N. Enerson (ARDC# 6272377)
                    COZEN O'CONNOR
                    123 N. Wacker Drive, Suite 1800
                    Chicago, Illinois 60606
                    Phone: (312) 382-3100
                    wenerson@cozen.com

                    Michael J. Miller (*pro hac vice*)
                    Ilya Schwartzburg (*pro hac vice*)

COZEN O'CONNOR
One Liberty Place
1650 Market Street
Philadelphia, PA 19103
mjmiller@cozen.com
ISchwartzburg@cozen.com

*Attorney for Defendant*
*Pacific Life Insurance Company*

2